```
                                              U.S. DISTRICT COURT
                                              DISTRICT OF VERMONT
                                                   FILED
         UNITED STATES DISTRICT COURT
       FOR THE DISTRICT OF VERMONT    2022 APR 14  PM 12: 58

                                                   CLERK
UNITED STATES OF AMERICA      )         BY____AL_____
                              )              DEPUTY CLERK
       v.                     )   No. 2:22-cr-42-1
                              )
ARON LEE ETHRIDGE             )
```

# INDICTMENT

The Grand Jury charges:

## Count One

Between in or about October 2017 and in or about January 2018, in the District of Vermont and elsewhere, the defendant ARON LEE ETHRIDGE knowingly and willfully conspired with Jerry Banks, and others known and unknown, to unlawfully seize, confine, inveigle, decoy, kidnap, abduct, and carry away for reward and otherwise Gregory Davis, when Banks travelled in interstate commerce and both Banks and ETHRIDGE used a facility or instrumentality of interstate commerce in committing and in furtherance of the commission of the offense.

### Overt Acts

In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, was committed in the District of Vermont and elsewhere:

a. On or about January 5, 2018, Banks purchased a prepaid phone at a Walmart in Clearfield, Pennsylvania.

b. On or about January 6, 2018, Banks used the prepaid phone purchased from the Clearfield Walmart to call 911 and report a fictitious shooting.

c. On or about January 6, 2018, Banks knocked on the door of Gregory Davis's home dressed in a manner imitating a U.S. Marshal and claimed to have an arrest warrant for Davis.

d. On January 7, 2018, Banks called ETHRIDGE to inform him that Davis had been successfully kidnapped and murdered.

(18 U.S.C. § 1201(c))

A TRUE BILL

███████████

FOREPERSON

NIKOLAS P. KEREST (PJV/JAO)
United States Attorney
Burlington, Vermont
April 14, 2022